UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

Minutes of Proceedings before
**DONALD C. NUGENT**
United States District Judge

DATE: March 29, 2019

CASE NO. 1:16 CR 320

COURT REPORTER: LANCE BOARDMAN

UNITED STATES OF AMERICA

-VS-

CURTIS HINTON

APPEARANCES: Plaintiff: Michelle Baeppler, Esq.
Defendant: Carolyn Kucharski, Esq.
Probation: Jordan Wlotzko

PROCEEDINGS:

Def. in open court w/ counsel. Bond revoked. Hearing cont'd at def's request until state court pending case is resolved.

_Donald C. Nugent_ 3/29/19

Length of Proceedings: 20 min